# UNITED STATES DISTRICT COURT

for the

District of

Division

*NOV 27 2024
Clerk, U.S. District Courts
District of Montana
Missoula Division*

Travis Wayne Hatfield

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**Plaintiff(s)**
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

**Defendant(s)**
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  [X] Yes  [ ] No

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Travis Wayne Hatfield
   Street Address: 2 Riverside Drive
   City and County: Boulder  Jefferson County
   State and Zip Code: Montana  59632
   Telephone Number: 406-225-4500
   E-mail Address:

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
  Name: Dr Paul Rees
  Job or Title (if known): Medical Director, Montana State Prison
  Street Address: 300 Connelly Lake Road
  City and County: Deer Lodge, Powell County
  State and Zip Code: Montana 59
  Telephone Number:
  E-mail Address (if known):

Defendant No. 2
  Name: Matthew McMullen
  Job or Title (if known): Assistant Director of Nursing (R.S.N.U.)
  Street Address: 2 Riverside Drive
  City and County: Boulder Jefferson County
  State and Zip Code: Montana 59632
  Telephone Number: 406-225-4500
  E-mail Address (if known):

Defendant No. 3
  Name: Cindy McGillis-Hiner
  Job or Title (if known): Clinical Services Division Director
  Street Address: 5 S. Last Chance Gulch
  City and County: Helena Lewis and Clark County
  State and Zip Code: Montana 59626
  Telephone Number: 406-444-6580
  E-mail Address (if known):

Defendant No. 4
  Name: Brian Gootkin
  Job or Title (if known): DoC Division administrator
  Street Address: 5 S. Last Chance Gulch
  City and County: Helena Lewis and Clark County
  State and Zip Code: MT 59626
  Telephone Number: 406-444-3930
  E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question      [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

U.S. Constitution, 8th amendment, 14th amendment

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$9 million Compensatory damages and
$3 Million Punitive damages
$12 million total

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Please See attatched Statement of Claim document

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Please see attatched Relief document

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/20/2024

Signature of Plaintiff: *[signed]*
Printed Name of Plaintiff: Travis Hatfield

### B. For Attorneys

Date of signing: 

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

# Statement of Claim

Page 1

- Defendant Rees violated Plaintiffs eighth amendment rights regarding "Cruel and Unusual Punishment" by acting with deliberate indifference to serious medical needs of the plaintiff. The Defendants failed to act in a way that disregarded an excessive risk to the Plaintiff. The Defendant failed to obtain surgery and aftercare resulting in unnecessary pain and suffering experienced by the Plaintiff.

- Defendant McMullen violated Plaintiffs eighth amendment rights regarding "Cruel and Unusual Punishment" by acting with deliberate indifference to the serious medical needs of the Plaintiff. The Defendant also failed to obtain surgery and aftercare, resulting in unnecessary pain and suffering experienced by the Plaintiff.

- Defendant Hiner has violated the Plaintiff's eighth amendment rights regarding "Cruel and Unusual Punishment" by failing to obtain surgery and aftercare, resulting in unnecessary pain and suffering experienced by the Plaintiff.

- Defendant Gootkin violated Plaintiffs fourteenth amendment rights regarding "due process" by not allowing proper medical care for Plaintiff.

# Statement of Claim

The Defendants failure to act in a timely manner ~~unnecessary~~ has caused unnesesary pain and suffering in the form of Several trips to the emergency room and subsequent hospitalizations for Sepsis on 4/18/24 and 7/30/24, all complications stemming from a decubitus ulcer on Plaintiffs right Buttock. Plaintiff has also had several surgeries this year having to do with this ulcer on 1/24/24 and 4/18/24. Weekly trips to Helena for 6 months and Monthly trips to Kalispell for the last 8 months have been painful enough for the plaintiff to have to take tylenol, Zofran and need an injection of muscle relaxer (Norflex) in order to tolerate the trips that are usually several hundred miles one way, in full restraints. Plaintiff experiences constant psychological Stress stemming from Major Depressive Disorder and Ptsd that require medication. Lack of Sleep from dealing with the Wound VAC system that is neccesary to help manage drainage. The Constant smell of wound drainge soaking into the clothes and wheelchair seat is extremly distressing to the plaintiff. The Defendants have known about this ulcer since July of 2023.

# Relief

- Plaintiff asks the court to order the Defendants obtain Surgery and after care immediately, without further delay or transfer me to either OR, WA or CO, or Release me from custody so that plaintiff my obtain care from the Dept of Veteran affairs.

- Plaintiff States that proper care is still being withheld and that effects of the Chronic osteomylitis will be life long and severe.

- Plaintiff is asking for all legal fees to be paid.
- Plaintiff is asking for Compensatory damages for physical injuries and emotional distress caused by the Defendants for failure to obtain proper medical care for the Plaintiff.
    A. $4 Million from Paul Rees for Compensatory damages
    B. $3 Million from Mathew McMullen for Compensatory damages
    C. $2 Million from Cindy McGillis-Hiner for Compensatory damages

- Plaintiff is also asking for $1 Million from each Defendant in punotive damages

- Plaintiff will accept whatever the Jury deems necesary.